UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jumana Akram Mohammed Salih, et al.,

    Plaintiffs,

v.

    Civil No. 25-12265

    Honorable F. Kay Behm
    Mag. Judge Curtis Ivy, Jr.

U.S. Department of State, et al.,

    Defendants.

---

**ORDER GRANTING EX PARTE MOTION FOR STAY DURING LAPSE OF APPROPRIATIONS**

---

The Court grants Defendant's Ex Parte Motion for Stay During Lapse of Appropriations. This matter is stayed until the Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of the Court.

    **IT IS SO ORDERED**.

Date: October 1, 2025

    s/F. Kay Behm
    F. Kay Behm
    United States District Judge